```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                   CASE NO. 08 B 25395
   JEFFREY CHARLES NORDHAUS
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-5949


---------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 09/24/2008 and was not confirmed.

     The case was dismissed without confirmation 10/23/2008.
---------------------------------------------------------------------------
CREDITOR NAME           CLASS        CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                        PAID           PAID
---------------------------------------------------------------------------

PRO SE DEBTOR           DEBTOR ATTY         .00                         .00
TOM VAUGHN              TRUSTEE                                         .00
DEBTOR REFUND           REFUND                                          .00

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                         --------------    --------------
TOTALS                        .00                   .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 01/27/09              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```